IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 14, 2008

Charles R. Fulbruge III
Clerk

No. 07-60948
Summary Calendar

KARL L DAHLSTROM

Petitioner-Appellant

V.

COMMISSIONER OF INTERNAL REVENUE

Respondent-Appellee

Appeal from a Decision
of the United States Tax Court
(16376-06)

Before HIGGINBOTHAM, DAVIS, and GARZA, Circuit Judges.

PER CURIAM:[*]

Having reviewed Dahlstrom's contentions, the Commissioner's response, the tax court's opinion, and the record, we find no reversible error. Accordingly, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.